**Order entered April 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00314-CV

### RICKIE PATTON, Appellant

### V.

### BARRY JOHNSON AND STEVEN M. JOHNSON, INDIVIDUALLY AND LAW OFFICES OF STEVEN M. JOHNSON, P.C., D/B/A THE JOHNSON LAW FIRM, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01668-A**

## ORDER
Before Justices Myers, Molberg, and Nowell

Before the Court is appellant's motion for temporary order. We **GRANT** the motion and **STAY** the trial court's February 22, 2019 arbitration order. This stay shall remain in effect until further order of the Court.

/s/    ERIN A. NOWELL
       JUSTICE